# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0049. FUEL MEDICAL GROUP, LLC et al. v. ENT SOLUTIONS, LLC, FOR ITSELF, AND DERIVATIVELY ON BEHALF OF ALLERGY EDGE, LLC et al.**

Fuel Medical Group LLC and William Ford have filed an "emergency motion for supersedeas to stay enforcement of receiver." After careful consideration of the motion and the issues raised therein, we conclude that the motion fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40 (b). Accordingly, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/05/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*